IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:                                                                           CASE NO. 14-31928
LITTLE, ERVIN & SHAINTA

        Debtor(s)                                                            CHAPTER 7

PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY U.S. MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, ALABAMA 36104.

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for:
**Motion to Defer Entry of Discharge pursuant to Rule 4004 (c)(2)**

## MOTION TO DEFER ENTRY OF DISCHARGE PURSUANT TO RULE 4004(C)(2)

COMES NOW the Debtor(s), by and through attorney, and hereby requests this Court to defer the entry of discharge for not more than 30 days and as grounds for such states as follows:

1. The debtor needs additional time to sign and file reaffirmation agreements. .

WHEREFORE, the premises considered, the Debtors request this Court to defer the entry of discharge not more than 30 days pursuant to Bankruptcy Rule 4004(c)(2).

Respectfully submitted this day: October 16, 2014.

                                                       /S/ Joshua C. Milam
                                                       Joshua C. Milam

Attorney for the Debtor
Of Counsel:
Joshua C. Milam
SHINBAUM, & CAMPBELL, P.C.
PO Box 201
Montgomery, AL 36101
(334) 269-4440
(334)263-4096 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing Motion has been served upon the following by placing a true and correct copy of this foregoing Motion in the United States Mail, postage prepaid or via CMECF electronic noticing this day: October 16, 2014.

Susan DePaola
1726 West Second Street
Suite B
Montgomery, AL 36106

/S/ Joshua C. Milam
Joshua C. Milam