IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 14-31928 |
| Ervin Little ) | |
| Shainta Little, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## MOTION TO ENLARGE TIME TO FILE REAFFIRMATION AGREEMENT

COME NOW Debtors, by and through counsel, and hereby move this Honorable Court to enlarge the time for filing reaffirmation agreements and, as grounds for such, will state as follows:

1. Debtors' meeting of creditors was first set for August 22, 2014, and held on September 5, 2014.

2. Debtors indicated on their Statement of Intentions their intent to reaffirm a vehicle loan with "Wfs Financial/Wachovia Dealer Srvs." Thereafter, Debtors received a reaffirmation agreement from Wells Fargo Dealer Services ("WFDS").

3. The husband signed the reaffirmation agreement, and Debtors' counsel attempted to fax WFDS a copy of the signed agreement on October 20, 2014. The fax failed, and Debtors' counsel mailed WFDS the signed agreement on that same day.

4. The time for filing reaffirmation agreements under Rule 4008 of the Federal Rules of Bankruptcy Procedure has expired.

5. Debtors need the vehicle for work and personal use.

WHEREFORE, the premises considered, Debtors move this Court to enlarge the time for filing reaffirmation agreements so that Wells Fargo Dealer Services may file the reaffirmation agreement the husband signed.

Respectfully submitted November 6, 2014.

/s/ Joshua C. Milam
Joshua C. Milam ASB-3046-T99U
*Attorney for Debtors*
Shinbaum Law Firm, P.C.
566 South Perry Street
P.O. Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion on all parties listed below by CM/ECF or by mail on November 6, 2014.

    Chapter 7 Trustee, Susan DePaola

    Bankruptcy Administrator, Teresa Jacobs

    All creditors

    /s/ Joshua C. Milam
Joshua C. Milam ASB-3046-T99U
*Attorney for Debtors*
Shinbaum Law Firm, P.C.
566 South Perry Street
P.O. Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545