UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                         Case No. 14–31928
                                              Chapter 7
Ervin Little and Shainta Little

    Debtors

# ORDER

This case is before the court on the following matter:

*21* – Rule 9007 Motion/Notice/Objection: Motion to Defer Discharge filed by Joshua C. Milam on behalf of Ervin Little, Shainta Little. Responses due by 11/10/2014. (Milam, Joshua)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated: November 12, 2014

    /s/ William R. Sawyer
    United States Bankruptcy Judge